

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00295-CV

PARKERSON A. JOHNSON                                                      APPELLANT

V.

HERRERA, MARLENY; ACCC                                                      STATES
INSURANCE COMPANY; AND
ACCC GENERAL AGENCY

----------

### FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
### TRIAL COURT NO. 2016-002147-1

----------

## MEMORANDUM OPINION[1]

----------

Appellant Parkerson A. Johnson attempts to appeal a mediation order directing him to attend and participate in mediation with Appellees Marleny Herrera, ACCC Insurance Company, and ACCC General Agency.

---

[1]*See* Tex. R. App. P. 47.4.

On August 17, 2016, we sent Johnson a letter stating our concern that we may lack jurisdiction over the mediation order signed August 5, 2016, because it does not appear to be a final judgment or an appealable interlocutory order. We notified Johnson that his appeal could be dismissed based on our lack of jurisdiction unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal by August 29, 2016. *See* Tex. R. App. P. 42.3(a), 44.3. Appellant filed a "Motion for Judgment" on August 29, 2016, but did not provide us with any basis of jurisdiction over his appeal.

Because we do not have jurisdiction over this appeal, we dismiss Johnson's appeal. *See* Tex. R. App. P. 42.3(a), 44.3; *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (stating that generally appeal may be taken only from final judgment and that judgment is final and appealable if it disposes of all parties and all issues).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT, and SUDDERTH, JJ.

DELIVERED: September 29, 2016